IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN STOREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-CV-728-RAH-SMD |
| | ) | |
| DERRICK CUNNINGHAM, *Sheriff*, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on June 10, 2024. (Doc. 12.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 1st day of July 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE